**Jason P. Peck**
**Special Assistant U.S. Attorney**
**c/o Social Security Administration**
**Office of General Counsel**
**26 Federal Plaza, Room 3904**
**New York, NY 10278-0004**
**(212)264-2493**
**jasonppeck@ssa.gov**
**Bar No. 516605**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CARLOTTA SHACKELTON,

        Plaintiff,

        v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
-----------------------------------------------------------X

**CONSENT ORDER TO REMAND PURSUANT TO SENTENCE 4 OF 42 U.S.C. § 405(g)**

Hon. Frederick J. Scullin, Jr., D.J.
Hon. David E. Peebles, M.J.

Civil Action No. 1:13-cv-00984

      This matter having been opened to the Court by RICHARD S. HARTUNIAN, United States Attorney for the Northern District of New York, and Jason P. Peck, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that an Administrative Law Judge may evaluate the evidence submitted to the Appeals Council, update the record, and reconsider the severity of the impairments at step two of the sequential evaluation. Both parties may submit new evidence on remand.

Therefore, the Plaintiff, through the undersigned attorney, Peter M. Margolius, Esq., having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this  21st   day of  March, 2014;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g), for the further administrative action set forth above, and it is further ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in <u>Melkonyan v. Sullivan</u>, 501 U.S. 89 (1991).

                                             _____
                                             Frederick J. Scullin, Jr.
                               Senior United States District Judge

The undersigned hereby consent to the form and entry of the within order.

        RICHARD S. HARTUNIAN
        United States Attorney

By:    */s Jason Peck*
        JASON P. PECK
        Special Assistant U.S. Attorney
        Bar No. 516605

        CONBOY, McKAY, BACHMAN & KENDALL, LLP

By:    s/ *Peter M. Margolius*
        PETER M. MARGOLIUS, ESQ.
        Attorney for Plaintiff